IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HAROLD ROUX,<br>Plaintiff,<br>v.<br><br>CAROLYN COLVIN, Commissioner of<br>the Social Security Administration,<br>Defendant. | CIVIL ACTION NO. 12-5968 |

## ORDER

**AND NOW**, this 18th day of June 2014, upon consideration of the Plaintiff's Motion in Support of Request for Review [Doc. No. 9], Defendant's response and Plaintiff's reply, the Report and Recommendation of United States Magistrate Judge David R. Strawbridge [Doc. No. 16], and Plaintiff's objections thereto, and after a careful, independent review of the complete administrative record, it is hereby **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to remove this action from civil suspense;

2. The carefully reasoned Report and Recommendation is **APPROVED AND ADOPTED** in full;[1]

3. Consistent with the R & R, the Plaintiff's Motion is **DENIED**, and the decision of the Commissioner is **AFFIRMED.**

It is so **ORDERED.**

---

[1] At issue here is Plaintiff's eligibility for Supplemental Security Benefits for the closed period from February 2, 2006 through December 31, 2009. Plaintiff suffers from a seizure disorder and a back disorder. Plaintiff was initially denied benefits on August 23, 2005. That denial was appealed to an ALJ, who also denied the claim in a May 18, 2007 opinion, and then to this Court. On March 12, 2009, the Court approved and adopted Magistrate Judge Strawbridge's January 30, 2009 R & R, which recommended remand to the ALJ for further development and review, particularly with regard to the ALJ's discounting of certain evidence from Plaintiff's treating physician and Plaintiff's own testimony. Upon remand, the ALJ held a second hearing and issued a new opinion on May 27, 2010, in which she granted benefits beginning on January 1, 2010 (when Plaintiff's age category changed to individual of advanced age), but found Plaintiff was not disabled during the closed period from February 2, 2006 (the amended disability onset date) through December 31, 2009. On appeal, the matter was again referred to Magistrate Judge Strawbridge for an R & R. Judge Strawbridge closely reviewed the opinion and the administrative record, and concluded that, while the ALJ's opinion was not perfect, she had adequately addressed the concerns which had warranted the remand, and her opinion was supported by substantial evidence. This Court agrees with that assessment, and accordingly approves and adopts the R & R.

BY THE COURT:

_____
CYNTHIA M. RUFE, J.